**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **REGIONS EQUIPMENT FINANCE** | * | |
| **CORPORATION** | * | |
| | * | **CIVIL ACTION NO. CV-10-258** |
| **VERSUS** | * | |
| | * | *IN REM* |
| **M/V ACCU I (Official Number 533962);** | * | |
| **AT 1800B (Official Number 530112); and** | * | |
| **their respective engines, tackle, furniture,** | * | |
| **apparel, appurtenances, etc.,** *in rem* | * | |

## ORDER OF PUBLICATION OF ACTION AGAINST
## AND ARREST OF THE M/V ACCU I AND AT 1800B

The United States Marshal having arrested (i) the tug boat M/V ACCU I on Wednesday, May 19, 2010, and (ii) the barge AT 1800B on Friday, May 21, 2010, and more than fourteen (14) days having elapsed since the execution of process against said vessels without said vessels having been released from Warrant of Arrest;[1]

It is now, on the motion and amended of Regions Equipment Finance Corporation (Docs. 11, 13), **ORDERED** that public notice of the action and arrest be given by the United States Marshal three (3) times a week for two (2) consecutive weeks in the Press-Register, a newspaper published in the territorial jurisdiction of the United States District Court for the Southern District of Alabama, Southern Division, to notify all persons who may have or claim any interest in or right against either or both (i) the M/V ACCU I or (ii) the AT 1800B, that they must both file a verified statement pursuant to Rule (C)(6) of the Supplemental Rules for Certain Admiralty

---

[1] A Verified Claim of Ownership has been filed by Accumarine Transportation, L.P. (doc. 12).

and Maritime Claims identifying the interest or right in the United States District Court for the Southern District of Alabama, Southern Division, Mobile, Alabama within fourteen (14) days of the final publication date and file an answer within twenty-one (21) days of the filing of their verified statement.

**Done** this the 16th day of June, 2010.

<u>**s/ Kristi K. DuBose**</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

```
DATES OF PUBLICATION:  June 28, 29 and 30th and
                       July 5, 6, and 7th
```