IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REGIONS EQUIPMENT FINANCE CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | CIVIL ACTION NO. CV-10-0258-KD-M |
| M/V ACCU I (Official No. 533962), AT 1800B (Official No. 530112), AT 3006 (Official No. 1080267), M/V ACCU VIII (Official No. 541599), their engines, tackle, furniture, apparel, appurtenances, etc., *in rem* | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER CONFIRMING SALE OF VESSELS

This action is before the Court on the Motion Seeking Confirmation of Sale and Release of Vessels filed by Plaintiff Regions Equipment Finance Corporation ("Regions")(doc. 74). Upon consideration and for the reasons set forth herein, the motion is **GRANTED.**

Pursuant to the order of this Court, the United States Marshal sold the M/V ACCU I (Official Number 533962), the AT 1800B (Official Number 530112), the AT 3006 (Official Number 1080267) and the M/V ACCU VIII (Official Number 541599) (collectively the "Vessels"), at judicial sale on February 23, 2011 (doc. 75). Natures Way Marine, LLC was the purchaser of the M/V ACCU I for the sum of Three Hundred Fifty Thousand and No/100ths Dollars ($350,000.00) which was the highest bid made at the sale. Regions was the purchaser of the AT 1800B for a credit bid in the amount of Fifty Thousand and No/100ths Dollars ($50,000.00) which was the highest bid made at the sale. Ron Waddell Marine Inspections, LLC was the purchaser of the AT 3006 for the sum of One Million Twenty Five Thousand and

1

No/100ths Dollars ($1,025,000.00) which was the highest bid made at the sale. CC Marine was the purchaser of the M/V Accu VIII for the sum of Four Hundred Thirty Thousand and no/100ths Dollars ($430,000.00) which was the highest bid made at the sale.

The Court is satisfied in all respects that the aforesaid sales were regularly and fairly conducted. Further, the United States Marshal has issued a Bill of Sale indicting that the Vessels were "sold free and clear of all encumbrances and liens." (docs. 76-79).

Accordingly, it is ORDERED, ADJUDGED and DECREED that the sale of each of the Vessels is hereby confirmed.

DONE and ORDERED this 10th day of March, 2011.

s/ Kristi K. DuBose  
KRISTI K. DuBOSE  
UNITED STATES DISTRICT JUDGE
